UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-CV-23558-RNS

CHENG YIZHOU,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following Defendants:

    Wishcart (Defendant No. 224 on Schedule "A" to the Complaint)

    Heatsprits (Defendant No. 56 on Schedule "A" to the Complaint)

    panyuansong (Defendant No. 72 on Schedule "A" to the Complaint)

    GNGTECH (Defendant No. 164 on Schedule "A" to the Complaint)

Respectfully submitted on this 19th day of December, 2022.

                        **LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
                        Attorneys for Plaintiff
                        8950 SW 74 Ct., Suite 1804
                        Miami, Fl 33156
                        Telephone: (786) 220-2061
                        Facsimile: (786) 220-2062
                        Email: hrubio@rubiolegal.com
                        Email: frubio@rubiolegal.com
                        Email: apuentes@rubiolegal.cm

Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059
M. Arabella Puentes, Esq
Florida Bar No. 26825